JEFFREY N. WISHMAN, Bar No. 94644
jeffwishman@bayerwishman.com
BAYER WISHMAN & LEOTTA
Attorneys at Law
1055 Wilshire Blvd, Suite 1900
Los Angeles, CA 90017
(213) 629-8801
(213) 629-8802 - Fax

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>BRIAN EDWIN HICKERSON<br><br>Debtor. | Case No. 2:22-bk-13698-BR<br><br>Chapter 7<br><br>DECLARATION OF BRIAN EDWIN HICKERSON REGARDING TAX RETURNS<br><br>(No Hearing Required) |

I, BRIAN EDWIN HICKERSON, declare as follows:

1. That I filed a Chapter 7 on July 6, 2022 as case number 2:22-bk-13698-BR.

2. I have not filed my tax returns since 2016. I have not been required to file a tax return due to my low taxable income except my 2020 tax returns which I will file soon.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8 day of July, 2022 at Los Angeles, California.

X [signature]
BRIAN EDWIN HICKERSON
Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1055 Wilshire Blvd, Suite 1900, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): DECLARATION OF BRIAN EDWIN HICKERSON REGARDING TAX RETURNS

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/08/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

John P Pringle (TR) brenfro@rpmlaw.com, jpp@trustesolutions.net;jpringle@rpmlaw.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Jeffrey N Wishman jeffreywishman@bayerwishman.com, bribwl@gmail.com;wishmanjr79121@notify.bestcase.com

☐ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:
On (*date*) 07/08/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Brian Edwin Hickerson, 13701 Riverside Drive Ste 500, Sherman Oaks, CA 91423. By U.S. Mail

☐ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/08/2022 | BRIGETTE LOPEZ | /S/ BRIGETTE LOPEZ |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |