Certificate Number: 15317-CAC-DE-036725038

Bankruptcy Case Number: 22-13698

15317-CAC-DE-036725038

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 30, 2022, at 6:34 o'clock PM PDT, Brian E Hickerson completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: August 1, 2022

By: /s/Christel Raz

Name: Christel Raz

Title: Counselor