United States Bankruptcy Court

Central District of California

In re: Case No. 22-13698-BR

Brian Edwin Hickerson Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 3

Date Rcvd: Oct 11, 2022 Form ID: 318a Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Edwin Hickerson, 13701 Riverside Dr Ste 500, Sherman Oaks, CA 91423-2448 |
| 41227217 | + | Bank of Travelers Res, 42 Plaza Drive, Travelers Rest, SC 29690-1688 |
| 41227220 | | Cedars Sinai, 1801 W Olympic Blvd, Pasadena, CA 91199-1108 |
| 41227221 | | Cedars-Sinai Medical Center, File 1108, 1801 West Olympic Blvd, Pasadena, CA 91199-1108 |
| 41227223 | + | Christina Webb, 8403 Ridpath Drive, Los Angeles, CA 90046-7711 |
| 41227226 | + | Ernest Strum, 751 Joyce Drive, Port Hueneme, CA 93041-3113 |
| 41227228 | + | Gertz & Laurie, 21550 Oxnard St Ste 630, Woodland Hills, CA 91367-7161 |
| 41227229 | + | Kemper Auto Insurance, 8360 LBJ Freeway Ste 400, Dallas, TX 75243-1134 |
| 41227230 | + | LADWP, 111 N Hope Street, Los Angeles, CA 90012-2607 |
| 41227231 | + | Mercury Insurance Co, PO Box 10730, Santa Ana, CA 92711-0730 |
| 41227239 | + | Scott King, 8416 Ridpath Drive, Los Angeles, CA 90046-7712 |
| 41227240 | + | Sofia Arellano, 1230 Horn Ave Ste 416, West Hollywood, CA 90069-2175 |
| 41227242 | + | Travelers Commercial, Insurance Company, PO Box 650293, Dallas, TX 75265-0293 |
| 41237503 | + | UCLA, Mail Code 143348, 10920 Wilshire Bl Ste 107, LA CA 90024-6543 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Oct 12 2022 14:03:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Oct 12 2022 14:08:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Oct 12 2022 10:04:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 41227216 | + | Email/PDF: bncnotices@becket-lee.com | Oct 12 2022 10:22:18 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 41227218 | + | EDI: CITICORP.COM | Oct 12 2022 14:03:00 | Best Buy Credit Card, PO Box 78009, Phoenix, AZ 85062-8009 |
| 41227219 | | Email/Text: BNSCapital@capitalsvcs.com | Oct 12 2022 10:04:00 | CCS, First Savings Bank, 500 E 60th St N, Sioux Falls, SD 57104 |
| 41227224 | | EDI: CITICORP.COM | Oct 12 2022 14:03:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 41227225 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 12 2022 10:07:48 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 41227227 | | Email/Text: BNBLAZE@capitalsvcs.com | Oct 12 2022 10:04:00 | FSB Blaze, PO Box 5096, Sioux Falls, SD 57117 |
| 41227222 | | EDI: JPMORGANCHASE | Oct 12 2022 14:03:00 | Chase Bank, 270 Park Avenue, New York, NY 10017 |

| | | | | |
|---|---|---|---|---|
| 41227232 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 12 2022 10:05:00 | Midland Funding, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 41227233 | ^ | MEBN | Oct 12 2022 10:02:39 | NCB Management Services Inc, One Allied Drive, Feasterville Trevose, PA 19053-6945 |
| 41227234 | + | Email/Text: netcreditbnc@enova.com | Oct 12 2022 10:05:28 | Net Credit, 200 W Jackson Blvd Ste 2400, Chicago, IL 60606-6941 |
| 41227235 | + | Email/Text: bnc@nordstrom.com | Oct 12 2022 10:04:27 | Nordstrom, TD Bank USA, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 41227236 | + | EDI: AMINFOFP.COM | Oct 12 2022 14:03:00 | Premier Bk Crd, First Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 41227238 | + | EDI: PHINELEVATE | Oct 12 2022 14:08:00 | Rise Credit, Attn: Customer Support, PO Box 101808, Fort Worth, TX 76185-1808 |
| 41227241 | | EDI: RMSC.COM | Oct 12 2022 14:03:00 | Synchrony Bank, PO Box 960006, Orlando, FL 32896-0006 |
| 41227243 | + | EDI: USAA.COM | Oct 12 2022 14:03:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| 41227237 | *+ | Premier Bk Crd, First Premier, 601 S Minnesota Avenue, Sioux Falls, SD 57104-4824 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avi Schild | on behalf of Interested Party Courtesy NEF bk@atlasacq.com |
| Jeffrey N Wishman | on behalf of Debtor Brian Edwin Hickerson jeffreywishman@bayerwishman.com bribwl@gmail.com;wishmanjr79121@notify.bestcase.com |
| John P Pringle (TR) | brenfro@rpmlaw.com jpp@trustesolutions.net;jpringle@rpmlaw.com |
| United States Trustee (LA) | |

ustpregion16.la.ecf@usdoj.gov

TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Brian Edwin Hickerson**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–2509** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Central District of California** | | |
| Case number: | **2:22–bk–13698–BR** | | |

## Order of Discharge – Chapter 7

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brian Edwin Hickerson

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 10/11/22

**Dated:** 10/11/22

**By the court:** Barry Russell
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**14/AUTU**

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**